UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  08-60639-CV-COHN/SELTZER

DOLORES MILLETTE,

    Plaintiff,

vs.

DEK TECHNOLOGIES, INC., et al.,

    Defendants.
_____/

## ORDER DENYING TARNOVE'S MOTION TO DISMISS

**THIS CAUSE** is before the Court on Defendant Tarnove's Motion to Dismiss (Subject Matter Jurisdiction) [DE 408].  The Court has carefully reviewed the Motion to Dismiss and is otherwise fully advised in the premises.

Tarnove's motion to dismiss is predicated upon her contention that the Court does not have subject matter jurisdiction to hear the claim alleged against Tarnove.  Specifically, Tarnove contends that Plaintiff has not alleged damages exceeding $75,000 *against Tarnove*.  Therefore, Tarnove maintains, the amount in controversy requirement of 28 U.S.C. § 1332 is not satisfied.  Tarnove cites no authority for her position and her argument misconstrues 28 U.S.C. § 1332.

Section 1332(a)'s amount in controversy requirement is satisfied if the plaintiff's claims exceed the amount in controversy threshold.  See Exxon Mobil Corp. v. Allapattah Svcs., Inc., 545 U.S. 546, 559 (2005).  The section does not, however, require that the plaintiff's claims against each individual defendant exceed $75,000.  A plaintiff's case will be dismissed for failing to meet the jurisdictional minimum amount in

controversy only if "it appears to a legal certainty the plaintiff's claim is actually for less than the jurisdictional amount." Burns v. Windsor Ins. Co., 31 F.3d 1092, 1094 (11th Cir. 1994). Here, Tarnove does not, and cannot, contend that Plaintiff has failed to state a claim against the defendants for more than $75,000.

Accordingly, it is **ORDERED AND ADJUDGED** that Defendant Tarnove's Motion to Dismiss (Subject Matter Jurisdiction) [DE 408] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 23rd day of October, 2009.

JAMES I. COHN
United States District Judge

Copies provided to counsel of record.