| Date | Atty | | Hours | Value |
|------|------|--|-------|-------|
| 07/01/09 | PMA | REVIEW AND ANALYZE WRIT OF GARNISHMENT, ALONG WITH MOTION AND OTHER SUPPORTING DOCUMENTATION. | 0.3 | 55.50 |
| 07/02/09 | PMA | REVIEW AND ANALYZE WRIT OF GARNISHMENT AND DOCUMENTS FILED IN SUPPORT OF THE WRIT IN ORDER TO DISCUSS WITH MICHELLE WHITE. | 0.2 | 37.00 |
| 07/06/09 | PMA | TELEPHONE CALL FROM MICHELLE WHITE, RE: ███████████████ | 0.2 | 37.00 |
| 07/17/09 | PMA | REVIEW AND ANALYZE CLAIMS MATERIALS IN ORDER TO PREPARE D███████████████████ | 0.6 | 111.00 |
| 07/17/09 | PMA | PREPARATION OF CORRESPONDENCE TO COUNSEL FOR DOLORES MILLETTE, RE: DENIAL OF INDEMNITY CLAIM ████████████████. | 1.2 | 222.00 |
| 07/17/09 | PMA | DRAFT E-MAIL CORRESPONDENCE TO MICHELLE WHITE, RE: P████████████R. | 0.2 | 37.00 |
| 07/20/09 | PMA | RECEIPT AND REVIEW OF E-MAIL FROM MICHELLE WHITE, RE: S████████████ T██ WRIT. | 0.1 | 18.50 |
| 07/23/09 | PMA | DRAFT CORRESPONDENCE TO COUNSEL FOR THE PLAINTIFF, RE: ADVISING OF OUR REPRESENTATION OF NORTHPOINTE; AND THAT WE ARE NOT AUTHORIZED TO ACCEPT SERVICE OF PROCESS. | 0.2 | 37.00 |
| 07/24/09 | PMA | REVIEW AND ANALYZE E-MAIL FROM MILLETTE'S COUNSEL AND NOTICE OF SERVICE OF PROCESS ON NORTH POINTE INSURANCE COMPANY. | 0.2 | 37.00 |
| 07/24/09 | PMA | PREPARATION OF E-MAIL CORRESPONDENCE TO MICHELLE WHITE, RE: ████████████F R████████████████T W███████████████ R████████ | 0.3 | 55.50 |
| 07/24/09 | PMA | REVIEW AND ANALYZE CASE DOCKET REPORT AND SELECTED PLEADINGS IN COURT FILE ON PACER. | 0.7 | 129.50 |
| 07/24/09 | PMA | PREPARATION OF NOTICE OF APPEARANCE. | 0.2 | 37.00 |
| 07/24/09 | PMA | REVIEW AND ANALYZE CASE LAW AS IT PERTAINS TO EXTENSIONS OF TIME IN RESPONDING TO WRIT OF GARNISHMENT. | 0.9 | 166.50 |
| 07/24/09 | PMA | PREPARATION OF E-MAIL CORRESPONDENCE TO COUNSEL FOR MILLETTE, RE: REQUEST FOR EXTENSION OF TIME TO RESPOND TO WRIT. | 0.2 | 37.00 |
| 07/24/09 | PMA | RECEIPT AND REVIEW OF E-MAIL FROM COUNSEL FOR MILLETTE, RE: REJECTING REQUEST FOR EXTENSION OF TIME TO RESPOND TO WRIT. | 0.1 | 18.50 |
| 07/24/09 | PMA | PREPARATION OF SECOND E-MAIL CORRESPONDENCE TO COUNSEL FOR MILLETTE, RE: REQUEST FOR EXTENSION OF TIME TO RESPOND TO WRIT. | 0.2 | 37.00 |

.5026    NORTH POINTE INSURANCE GROUP COV     Invoice No.   980574
)0103    MILLETTE, DOLORES  V. NADEAU GENERAL CONTRACT   Page   3
)8/27/09

| Date | Atty | | Hours | Value |
|------|------|---|-------|-------|
| )7/24/09 | PMA | DRAFT SECOND E-MAIL CORRESPONDENCE TO MICHELLE WHITE, RE: ▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓SS. | 0.2 | 37.00 |
| )7/24/09 | PMA | RECEIPT AND REVIEW OF COPY FROM MICHELLE WHITE TO PLAINTIFF'S COUNSEL, RE: RESPONSE TO DEMAND FOR INDEMNIFICATION. | 0.1 | 18.50 |
| )7/27/09 | PMA | TELEPHONE CALL TO AUGUSTINE IGWE, RE: HIS ACCEPTANCE OF SERVICE OF PROCESS ON BEHALF OF NORTH POINTE INSURANCE COMPANY. | 0.2 | 37.00 |
| )7/27/09 | PMA | REVIEW AND ANALYZE NOTICE OF FILING, AND BANK UNITED'S ANSWER TO THE WRIT OF GARNISHMENT FILES ON BEHALF OF DOLORES MILLETTE. | 0.2 | 37.00 |
| )7/28/09 | PMA | REVIEW AND ANALYZE NAUTILUS INSURANCE COMPANY'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE MOTION TO DISSOLVE WRIT AND REPLY TO PLAINTIFF'S REPLY TO NAUTILUS' ANSWER AND MOTION TO DISSOLVE WRIT. | 0.2 | 37.00 |
| )7/28/09 | PMA | REVIEW AND ANALYZE WACHOVIA BANK'S ANSWER OF GARNISHEE AND DEMAND FOR GARNISHMENT DEPOSIT. | 0.2 | 37.00 |
| )7/28/09 | PMA | REVIEW AND ANALYZE JP MORGAN CHASE BANK'S ANSWER OF GARNISHEE AND DEMAND FOR GARNISHMENT DEPOSIT. | 0.2 | 37.00 |
| )7/28/09 | PMA | NOTICE FILED BY PLAINTIFF AS IT PERTAINS TO ANSWER TO WRIT FILED BY BANKUNITED. | 0.1 | 18.50 |
| )7/28/09 | PMA | RECEIPT AND REVIEW OF ORDER GRANTING STATUTORY ATTORNEYS' FEES TO JP MORGAN CHASE. | 0.1 | 18.50 |
| )7/28/09 | PMA | RECEIPT AND REVIEW OF ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO WRIT OF GARNISHMENT. | 0.1 | 18.50 |
| )7/28/09 | PMA | PREPARATION OF MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO WRIT OF GARNISHMENT AND/OR FILE A MOTION TO QUASH SERVICE OF PROCESS WHICH IS UNIQUE AS OPPOSED TO A STANDARD MOTION FOR ENLARGEMENT OF TIME. | 2.3 | 425.50 |
| )7/28/09 | PMA | REVIEW AND ANALYZE FLORIDA STATUTES AS IT PERTAINS TO GARNISHMENT AND MOVING FOR EXTENSION OF TIME TO RESPOND TO WRIT OF GARNISHMENT. | 0.6 | 111.00 |
| )7/28/09 | PMA | RECEIPT AND REVIEW OF E-MAIL FROM PLAINTIFF'S COUNSEL, RE: RESPONDING TO OUR REQUEST FOR EXTENSION OF TIME TO RESPOND TO WRIT. | 0.1 | 18.50 |
| )7/28/09 | PMA | REVIEW AND ANALYZE INFORMATION ON THE INTERNET AS PERTAINS TO NORTH POINTE INSURANCE COMPANY AS OPPOSED TO NORTH POINTE CASUALTY INSURANCE COMPANY FOR THE | 0.6 | 111.00 |

| Date | Atty | | Hours | Value |
|------|------|---|-------|-------|
| | | PURPOSE OF RESPOND TO PLAINTIFF'S COUNSEL REGARDING THEIR POSITION ON THE MOTION FOR EXTENSION TIME. | | |
| 7/28/09 | PMA | DRAFT E-MAIL CORRESPONDENCE TO COUNSEL FOR THE PLAINTIFF, RE: EXTENSION OF TIME TO RESPOND TO THE WRIT AND PROVIDING ADDITIONAL INFORMATION IN SUPPORT OF REQUEST. | 0.2 | 37.00 |
| 7/29/09 | PMA | TELEPHONE CALL FROM MICHELLE WHITE, RE: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.3 | 55.50 |
| 7/29/09 | PMA | REVIEW AND ANALYZE NOTICE BY PABLO CAMUS, RE: WRIT ISSUED TO BANK UNITED AND ATTACHED CLAIM OF EXEMPTION AND REQUEST FOR HEARING. | 0.2 | 37.00 |
| 7/29/09 | PMA | REVIEW AND ANALYZE NOTICE BY PABLO CAMUS, RE: WRIT ISSUED TO WACHOVIA BANK AND ATTACHED CLAIM OF EXEMPTION AND REQUEST FOR HEARING. | 0.2 | 37.00 |
| 7/29/09 | PMA | REVIEW AND ANALYZE NOTICE BY PABLO CAMUS, RE: WRIT ISSUED TO WASHINGTON MUTUAL AND ATTACHED CLAIM OF EXEMPTION AND REQUEST FOR HEARING. | 0.2 | 37.00 |
| 7/29/09 | PMA | REVIEW AND ANALYZE NOTICE BY PABLO CAMUS, RE: WRIT ISSUED TO BANK OF AMERICA AND ATTACHED CLAIM OF EXEMPTION AND REQUEST FOR HEARING. | 0.2 | 37.00 |
| 7/30/09 | PMA | REVIEW AND ANALYZE PLAINTIFF'S RESPONSE TO NORTH POINTE'S MOTION FOR EXTENSION OF TIME TO RESPOND TO WRIT AND REQUEST THAT COURT RECONSIDER ORDER GRANTING EXTENSION OF TIME. | 0.2 | 37.00 |
| 7/31/09 | PMA | RECEIPT AND REVIEW OF ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION. | 0.1 | 18.50 |
| 7/31/09 | PMA | RECEIPT AND REVIEW OF MAILED COPY OF PLAINTIFF'S RESPONSE AND MOTION FOR RECONSIDERATION AS IT PERTAINS TO MOTION FOR EXTENSION OF TIME. | 0.1 | 18.50 |

Re: MILLETTE, DOLORES V. NADEAU GENERAL CONTRACTORS, INC.

| Date | Atty | | Hours | Value |
|------|------|---|-------|-------|
| 08/03/09 | PMA | REVIEW AND ANALYZE PLAINTIFF'S NOTICE IN RESPONSE TO ANSWER TO WRIT OF GARNISHMENT AS IT PERTAINS TO WACHOVIA'S ANSWER. | 0.2 | 37.00 |
| 08/03/09 | PMA | REVIEW AND ANALYZE PLAINTIFF'S NOTICE IN RESPONSE TO ANSWER TO WRIT OF GARNISHMENT AS IT PERTAINS TO WASHINGTON MUTUAL'S ANSWER. | 0.2 | 37.00 |
| 08/06/09 | PMA | TELEPHONE CALL FROM JULIE GLASSMAN, RE: PLAINTIFF'S RESPONSE TO DENIAL OF COVERAGE. | 0.2 | 37.00 |
| 08/07/09 | PMA | REVIEW AND ANALYZE CORRESPONDENCE FROM PLAINTIFF'S COUNSEL, RE: RESPONDING AND REJECTING COVERAGE DENIAL AND INCLUDING VARIOUS DOCUMENTS IN SUPPORT OF THEIR CLAIM. | 0.2 | 37.00 |
| 08/10/09 | PMA | REVIEW AND ANALYZE FLORIDA STATUTES AND FEDERAL CODE PROVISIONS AS IT PERTAINS TO WRITS OF GARNISHMENT AND REQUIRED RESPONSES AND OBJECTIONS TO BE RAISED. | 0.9 | 166.50 |
| 08/10/09 | PMA | FINALIZE AND REVISE ANSWER TO WRIT OF GARNISHMENT AND MOTION TO DISSOLVE WRIT OF GARNISHMENT. | 0.8 | 148.00 |
| 08/10/09 | PMA | REVIEW AND ANALYZE PLAINTIFF'S REPLY AND MEMORANDUM OF LAW TO NAUTILUS INSURANCE COMPANY'S RESPONSE TO MOTION TO STRIKE NAUTILUS' MOTION TO DISSOLVE WRIT OF GARNISHMENT. | 0.2 | 37.00 |
| 08/10/09 | PMA | REVIEW AND ANALYZE NADEAU GENERAL CONTRACTORS' MOTION FOR DEFAULT AGAINST TODD MITCHELL SMITH AND SUPPORTING DOCUMENTS. | 0.2 | 37.00 |
| 08/10/09 | MBC | REVIEW AND ANALYSIS OF PLEADINGS FILE IN ANTICIPATION OF DRAFTING ANSWER TO WRIT OF GARNISHMENT AND MOTION TO DISSOLVE WRIT OF GARNISHMENT | 1.2 | 222.00 |
| 08/10/09 | MBC | REVIEW AND ANALYSIS OF CLAIMS FILE RE: COVERAGE DEFENSES AND BASIS FOR DISMISSAL OF WRIT OF GARNISHMENT IN ANTICIPATION OF DRAFTING ANSWER TO WRIT OF GARNISHMENT AND MOTION TO DISSOLVE WRIT OF GARNISHMENT | 1.5 | 277.50 |
| 08/10/09 | MBC | DRAFTED ANSWER TO WRIT OF GARNISHMENT AND MOTION TO DISSOLVE WRIT OF GARNISHMENT | 1.3 | 240.50 |
| 08/12/09 | PMA | TELEPHONE CALL FROM MICHELLE WHITE, RE: ▮▮▮▮▮ | 0.2 | 37.00 |
| 08/12/09 | PMA | DRAFT E-MAIL CORRESPONDENCE TO MICHELLE WHITE, RE: ▮▮▮▮▮▮▮▮▮ | 0.2 | 37.00 |

| Date | Atty | | Hours | Value |
|------|------|---|-------|-------|
| | | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | |
| 08/13/09 | MBC | ATTENDANCE AT HEARING FOR PABLO CAMUS' NOTICE OF FILING CLAIM OF EXEMPTION | 0.6 | 111.00 |
| 08/14/09 | PMA | RECEIPT AND REVIEW MINUTE ENTRY FROM HEARING ON AUGUST 13, 2009. | 0.1 | 18.50 |
| 08/14/09 | PMA | RECEIPT AND REVIEW OF ORDER BY CLERK OF NON-ENTRY OF DEFAULT, RE: TODD MITCHELL SMITH. | 0.1 | 18.50 |
| 08/14/09 | PMA | REVIEW AND ANALYZE NADEAU'S MOTION FOR SUMMARY JUDGMENT AND EXHIBITS. | 0.2 | 37.00 |
| 08/21/09 | PMA | REVIEW AND ANALYZE RESPONSE BY TODD MITCHELL SMITH TO MOTION FOR CLERK'S ENTRY OF DEFAULT | 0.2 | 37.00 |
| 08/24/09 | MBC | REVIEW AND ANALYSIS OF PLAINTIFF'S REPLY TO ANSWER AND MOTION TO DISSOLVE | 0.6 | 111.00 |
| 08/24/09 | MBC | REVIEW AND ANALYSIS OF NAUTILUS RESPONSE TO PLAINTIFF'S MOTION TO STRIKE AND PLAINTIFF'S REPLY TO RESPONSE IN PREPARATION OF DRAFTING RESPONSE TO MOTION TO STRIKE WRIT OF GARNISHMENT | 0.9 | 166.50 |
| 08/24/09 | MBC | REVIEW AND ANALYSIS OF CASE LAW CITED BY PLAINTIFF IN MOTION TO STRIKE NORTH POINTE'S MOTION TO DISSOLVE WRIT, NAUTILUS' RESPONSE AND PLAINTIFF'S REPLY TO RESPONSE RE: GARNISHEE'S ABILITY TO SEEK TO DISSOLVE WRIT | 1.2 | 222.00 |
| 08/24/09 | MBC | CONDUCT RESEARCH RE: GARNISHEE'S ABILITY TO MOVE TO DISSOLVE WRIT PER APPROVAL OF CLIENT | 1.1 | 203.50 |
| 08/24/09 | MBC | DRAFT RESPONSE TO PLAINTIFF'S REPLY TO ANSWER AND MOTION TO DISSOLVE WRIT OF GARNISHMENT | 3.3 | 610.50 |
| 08/26/09 | PMA | RECEIPT AND REVIEW OF ORDER GRANTING NADEAU'S MOTION FOR EXTENSION OF TIME. | 0.1 | 18.50 |
| | | | 16.6 | 3,071.00 |

| Date | Atty | | Hours | Value |
|------|------|--|-------|-------|
| 09/04/09 | PMA | RECEIPT AND REVIEW OF NOTICE OF CONVENTIONAL FILING OF AFFIDAVIT OF R/C OF WEBSTER BANK BY PLAINTIFF. | 0.1 | 18.50 |
| 09/04/09 | PMA | RECEIPT AND REVIEW OF NOTICE OF CONVENTIONAL FILING OF DEPOSITIONS BY PLAINTIFF. | 0.1 | 18.50 |
| 09/04/09 | PMA | REVIEW AND ANALYZE NADEAU'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT. | 0.2 | 37.00 |
| 09/04/09 | PMA | REVIEW AND ANALYZE NADEAU'S RESPONSE TO PLAINTIFF'S STATEMENT OF MATERIALS FACTS IN ITS MOTION FOR SUMMARY JUDGMENT. | 0.2 | 37.00 |
| 09/04/09 | PMA | RECEIPT AND REVIEW OF NOTICE OF FILING DEPOSITIONS BY NADEAU. | 0.1 | 18.50 |
| 09/04/09 | PMA | REVIEW AND ANALYZE PLAINTIFF'S RESPONSE IN OPPOSITION TO NADEAU'S MOTION FOR SUMMARY JUDGMENT. | 0.2 | 37.00 |
| 09/04/09 | PMA | REVIEW AND ANALYZE PLAINTIFF'S RESPONSE IN OPPOSITION TO NADEAU'S STATEMENT OF UNDISPUTED FACTS. | 0.2 | 37.00 |
| 09/04/09 | PMA | REVIEW AND ANALYZE COURT ORDER DENYING PLAINTIFF'S MOTION TO DISSOLVE WRIT AND SETTING COVERAGE ACTION FOR TRIAL DURING THE TWO (2) WEEK JURY TRIAL DOCKET TO COMMENCE OCTOBER 26, 2009. | 0.2 | 37.00 |
| 09/08/09 | PMA | REVIEW AND ANALYZE PLAINTIFF'S CONCISE STATEMENT OF DISPUTED FACTS IN OPPOSITION TO BILLY TARNOVE'S MOTION FOR SUMMARY JUDGMENT. | 0.2 | 37.00 |
| 09/08/09 | PMA | REVIEW AND ANALYZE PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO BILLY TARNOVE'S MOTION FOR SUMMARY JUDGMENT. | 0.2 | 37.00 |
| 09/08/09 | PMA | REVIEW AND ANALYZE PLAINTIFF'S NOTICE OF FILING AND DEPOSITION TRANSCRIPT AND EXHIBITS OF BILLIE TARNOVE TAKEN MARCH 10, 2008. | 0.4 | 74.00 |
| 09/08/09 | PMA | REVIEW AND ANALYZE PLAINTIFF'S NOTICE OF FILING AND DEPOSITION TRANSCRIPT AND EXHIBITS OF BILLIE TARNOVE TAKEN JULY 17, 2009. | 0.3 | 55.50 |
| 09/08/09 | PMA | REVIEW AND ANALYZE NOTICE OF FILING AND AFFIDAVIT OF RECORDS CUSTODIAN OF WEBSTER BANK FILED BY PLAINTIFF INCLUDING NUMEROUS EXHIBITS TO THE AFFIDAVIT. | 0.6 | 111.00 |
| 09/08/09 | PMA | REVIEW AND ANALYZE NOTICE OF FILING BY PLAINTIFF AND DEPOSITION OF MARK NADEAU WITH EXHIBITS TAKEN ON 4/7/08; DEPOSITION OF DOLORES MILLETTE (VOL. I) WITH EXHIBITS TAKEN 2/4/09; DEPOSITION OF DOLORES MILLETTE (VOL. II) TAKEN 2/4/09; DEPOSITION OF MARK NADEAU WITH EXHIBITS TAKEN 3/9/09; DEPOSITION OF CINDY TEMPLE WITH EXHIBITS TAKEN 5/20/09; DEPOSITION | 2.3 | 425.50 |

| Date | Atty | | Hours | Value |
|------|------|---|-------|-------|
| | | OF ROBERT IMPERATO WITH EXHIBITS TAKEN 5/21/09; DEPOSITION OF CINDY TEMPLE WITH EXHIBITS TAKEN 6/29/09; DEPOSITION OF ROBERT IMPERATO WITH EXHIBITS TAKEN 6/29/09. | | |
| 09/09/09 | MBC | BEGIN ANALYSIS OF COVERAGE ISSUES IN PREPARATION OF DRAFTING MOTION FOR SUMMARY JUDGMENT | 0.6 | 111.00 |
| 09/10/09 | PMA | DRAFT E-MAIL CORRESPONDENCE TO MICHELLE WHITE, RE: ~~███████████████████~~ | 0.2 | 37.00 |
| 09/10/09 | PMA | PREPARATION OF E-MAIL CORRESPONDENCE TO OPPOSING COUNSEL, RE: REQUEST FOR THEIR AGREEMENT TO MOTION TO BE EXCUSED FROM THE FIRST WEEK OF THE TRIAL DOCKET. | 0.1 | 18.50 |
| 09/10/09 | PMA | RECEIPT AND REVIEW OF E-MAIL FROM COUNSEL FOR NAUTILUS, RE: NO OBJECTION TO MOTION TO BE EXCUSED FROM THE FIRST WEEK OF TRIAL DOCKET. | 0.1 | 18.50 |
| 09/10/09 | MBC | CONTINUED ANALYSIS OF PLEADINGS AND POLICY LANGUAGE RE: IDENTIFICATION OF ALL POTENTIAL COVERAGE ISSUES AND ISSUES NECESSARY FOR INCLUSION IN MOTION FOR SUMMARY JUDGMENT | 1.5 | 277.50 |
| 09/11/09 | PMA | REVIEW AND ANALYZE BILLY TARNOVE'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT AND MEMORANDUM OF LAW. | 0.2 | 37.00 |
| 09/11/09 | PMA | RECEIPT AND REVIEW OF BILLY TARNOVE'S PROPOSED AMENDED ANSWER TO SECOND AMENDED COMPLAINT. | 0.1 | 18.50 |
| 09/11/09 | PMA | REVIEW AND ANALYZE PLAINTIFF'S MOTION TO STRIKE PORTIONS OF BILLY TARNOVE'S AFFIDAVIT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND REQUEST FOR ATTORNEY'S FEES. | 0.2 | 37.00 |
| 09/11/09 | PMA | RECEIPT AND REVIEW OF PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT. | 0.1 | 18.50 |
| 09/11/09 | PMA | REVIEW AND ANALYZE PLAINTIFF'S WRIT OF GARNISHMENT AND SUPPORTING DOCUMENTS DIRECTED AT ASSURANCE COMPANY OF AMERICA. | 0.3 | 55.50 |
| 09/14/09 | MBC | REVIEW AND ANALYSIS OF CLAIMS FILE RE: IDENTIFICATION OF ISSUES FOR INCLUSION IN MOTION FOR SUMMARY AND IN PREPARATION OF DRAFTING MOTION FOR SUMMARY JUDGMENT | 1.7 | 314.50 |
| 09/14/09 | MBC | BEGIN DRAFTING MOTION FOR SUMMARY JUDGMENT | 1.8 | 333.00 |

| Date | Atty | | Hours | Value |
|------|------|------|-------|-------|
| 09/15/09 | PMA | CONFERENCE WITH MICHELLE WHITE, RE: S▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.3 | 55.50 |
| 09/15/09 | MBC | CONTINUED REVIEW OF PLEADINGS AND OTHER DOCUMENTATION NECESSARY FOR CITATION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT | 0.8 | 148.00 |
| 09/15/09 | MBC | CONTINUE TO DRAFT MOTION FOR SUMMARY JUDGMENT | 0.9 | 166.50 |
| 09/16/09 | MBC | REVIEW AND ANALYZE GARNISHOR'S FLORIDAY STATUTES AND FEDERAL CODES AND CASE LAW ON STANDING TO ASSERT COVERAGE WITHOUT ASSIGNMENT OF RIGHTS; RIGHTS OF JUDGMENT CREDITOR AGAINST DEBTOR'S INSURER; ENFORCEABILITY OF CONSENT JUDGMENT AGAINST INSURER AND WHEN INSURER BOUND BY INSURER'S SETTLEMENT IN PREPARATION OF CONTINUED DRAFTING OF MOTION FOR SUMMARY JUDGMENT. | 3.1 | 573.50 |
| 09/16/09 | MBC | ANALYSIS OF ENTIRE POLICY IN ORDER TO DETERMINE APPROPRIATE PROVISIONS TO ARGUE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT | 0.8 | 148.00 |
| 09/16/09 | MBC | CONTINUE TO DRAFT MOTION FOR SUMMARY JUDGMENT | 8.7 | 1,609.50 |
| 09/17/09 | PMA | CONFERENCE WITH MICHELLE WHITE, RE: MOTION FOR SUMMARY JUDGMENT AND AFFIDAVIT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT. | 0.2 | 37.00 |
| 09/17/09 | PMA | DRAFT E-MAIL CORRESPONDENCE TO MICHELLE WHITE, RE: N▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ SUMMARY JUDGMENT AND STRATEGY FOR FILING. | 0.2 | 37.00 |
| 09/17/09 | MBC | DRAFT SEPARATE STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE TO BE TRIED IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT | 2.4 | 444.00 |
| 09/17/09 | MBC | DRAFT AFFIDAVIT OF NORTH POINTE ADJUSTER IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT | 1.1 | 203.50 |
| 09/17/09 | MBC | CONTINUE TO DRAFT MOTION FOR SUMMARY JUDGMENT | 6.7 | 1,239.50 |
| 09/17/09 | MBC | CONTINUED REVIEW OF PLEADINGS AND OTHER MATERIALS FILED PRIOR TO NORTH POINTE'S ENTRY IN TO CASE TO ASCERTAIN AND ESTABLISH AREAS OF UNDISPUTED FACT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT | 1.2 | 222.00 |
| 09/17/09 | PMA | CONFERENCE WITH CLIENT, RE: AFFIDAVIT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT. | 0.3 | 55.50 |
| 09/17/09 | PMA | FINALIZE AFFIDAVIT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT. | 0.3 | 55.50 |
| 09/17/09 | PMA | FINALIZE STATEMENT OF MATERIAL FACTS WHICH ARE NOT IN DISPUTE WHICH IS | 0.4 | 74.00 |

| Date | Atty | | Hours | Value |
|------|------|---|-------|-------|
| | | REQUIRED TO BE FILED IN CONJUNCTION WITH MOTION FOR SUMMARY JUDGMENT,. | | |
| 09/17/09 | PMA | FINALIZE MOTION AND MEMORANDUM OF LAW FOR SUMMARY JUDGMENT. | 0.8 | 148.00 |
| 09/18/09 | MBC | REVIEW AND ANALYSIS OF NAUTILUS' MOTION FOR SUMMARY JUDGMENT TO DETERMINE WHETHER ADDITIONAL ARGUMENTS MADE THEREIN WHICH ARE APPLICABLE TO NORTH POINTE'S MOTION FOR SUMMARY JUDGMENT IN ORDER TO DETERMINE APPROPRIATENESS OF ADOPTING NAUTILUS' MSJ | 0.7 | 129.50 |
| 09/18/09 | MBC | DRAFT NOTICE OF ADOPTION OF ARGUMENTS MADE IN NAUTILUS INSURANCE COMPANY'S MOTION FOR FINAL SUMMARY JUDGMENT | 0.4 | 74.00 |
| 09/18/09 | PMA | REVIEW AND ANALYZE BILLY TARNOVE'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT. | 0.2 | 37.00 |
| 09/18/09 | PMA | RECEIPT AND REVIEW OF NADEAU'S CERTIFICATE OF SERVICE OF SUMMONS AND THIRD PARTY COMPLAINT ON TODD MITCHELL SMITH. | 0.1 | 18.50 |
| 09/19/09 | PMA | RECEIPT AND REVIEW OF NOTICE OF APPEARANCE ON BEHALF OF TODD MITCHELL SMITH. | 0.1 | 18.50 |
| 09/19/09 | PMA | RECEIPT AND REVIEW OF MOTION FOR EXTENSION OF TIME TO RESPOND TO THIRD PARTY COMPLAINT FILED BY TODD MITCHELL SMITH. | 0.1 | 18.50 |
| 09/19/09 | PMA | RECEIPT AND REVIEW OF ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO THIRD PARTY COMPLAINT FILED BY TODD MITCHELL SMITH. | 0.1 | 18.50 |
| 09/19/09 | PMA | REVIEW AND ANALYZE PLAINTIFF'S REPLY TO NADEAU'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT. | 0.2 | 37.00 |
| 09/21/09 | PMA | RECEIPT AND REVIEW OF E-MAIL FROM MICHELLE WHITE, RE: ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ ▮▮ | 0.1 | 18.50 |
| 09/21/09 | PMA | TELEPHONE CALL FROM MICHELLE WHITE, RE: ▮▮▮▮▮▮▮▮▮▮▮▮ | 0.2 | 37.00 |
| 09/21/09 | MBC | DRAFT AND ELECTRONICALLY FILE NOTICE OF FILING OF AFFIDAVIT OF LATISHA UPSHAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT | 0.3 | 55.50 |
| 09/22/09 | PMA | TELEPHONE CALL FROM PLAINTIFF'S COUNSEL, RE: QUESTIONS REGARDING INSURANCE POLICY ATTACHED TO MOTION FOR SUMMARY JUDGMENT. | 0.2 | 37.00 |
| 09/22/09 | PMA | PREPARATION OF E-MAIL CORRESPONDENCE TO PLAINTIFF'S ATTORNEY, RE: INSURANCE POLICY IN SUPPORT OF MOTION FOR SUMMARY | 0.2 | 37.00 |

| Date | Atty | | Hours | Value |
|------|------|--|-------|-------|
| | | JUDGMENT. | | |
| 09/22/09 | MBC | REVIEW POLICY SUBMITTED AS EXHIBIT TO MOTION FOR SUMMARY JUDGMENT RE: MISSING PAGES | 0.2 | 37.00 |
| 09/22/09 | MBC | DRAFT AND ELECTRONICALLY FILE NOTICE OF REFILING EXHIBIT A IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT | 0.3 | 55.50 |
| 09/23/09 | PMA | RECEIPT AND REVIEW OF CORRESPONDENCE FROM COUNSEL FOR NAUTILUS INSURANCE COMPANY, RE: MEDIATION. | 0.1 | 18.50 |
| 09/23/09 | PMA | RECEIPT AND REVIEW OF MOTION IN LIMINE FILED BY BILLY TARNOVE (UNDERLYING CASE). | 0.1 | 18.50 |
| 09/23/09 | PMA | RECEIPT AND REVIEW OF SECOND MOTION IN LIMINE FILED BY BILLY TARNOVE (UNDERLYING CASE). | 0.1 | 18.50 |
| 09/23/09 | PMA | PREPARATION OF E-MAIL CORRESPONDENCE TO COUNSEL FOR PLAINTIFF AND COUNSEL FOR NAUTILUS, RE: OUR POSITION ON MEDIATION. | 0.2 | 37.00 |
| 09/23/09 | PMA | TELEPHONE CALL FROM PLAINTIFF'S COUNSEL, RE: ISSUES RAISED IN MOTION FOR SUMMARY JUDGMENT. | 0.3 | 55.50 |
| 09/23/09 | PMA | REVIEW AND ANALYZE INSURANCE POLICY IN ORDER TO CONFIRM ALL FORMS AND ENDORSEMENTS ARE INCLUDED. | 0.5 | 92.50 |
| 09/23/09 | PMA | PREPARATION OF E-MAIL CORRESPONDENCE TO MICHELLE WHITE, RE: ██████████████ POLICY. | 0.2 | 37.00 |
| 09/23/09 | PMA | PREPARATION OF E-MAIL CORRESPONDENCE TO PLAINTIFF'S ATTORNEY, RE: MISSING POLICY FORMS. | 0.2 | 37.00 |
| 09/23/09 | PMA | RECEIPT AND REVIEW OF MOTION IN LIMINE FILED BY NADEAU GENERAL CONTRACTORS. | 0.1 | 18.50 |
| 09/23/09 | PMA | ANALYSIS OF CORRESPONDENCE FROM CHARLES M-P GEORGE RE: MEDIATION. | 0.1 | 18.50 |
| 09/24/09 | PMA | RECEIPT AND REVIEW OF E-MAIL FROM PLAINTIFF'S COUNSEL, RE: QUESTIONS REGARDING INSURANCE POLICY. | 0.1 | 18.50 |
| 09/24/09 | PMA | PREPARATION OF E-MAIL CORRESPONDENCE TO PLAINTIFF'S ATTORNEY, RE: RESPONDING TO QUESTIONS RELATED TO THE INSURANCE POLICY. | 0.2 | 37.00 |
| 09/24/09 | PMA | REVIEW AND ANALYZE E-MAIL FROM MICHELLE WHITE AN████████████████████████ WHICH WAS MISSING ███████████████████ ██████. | 0.2 | 37.00 |
| 09/24/09 | PMA | TELEPHONE CALL TO MICHELLE WHITE, RE: M████████████████████████ O██████████████████████ O████████████████ | 0.2 | 37.00 |

| Date | Atty | | Hours | Value |
|------|------|--|-------|-------|
| )9/24/09 | PMA | REVIEW AND ANALYZE E-MAIL FROM MICHELLE WHITE A███████████████████████. | 0.2 | 37.00 |
| )9/24/09 | PMA | PREPARATION OF SECOND E-MAIL CORRESPONDENCE TO PLAINTIFF'S COUNSEL, RE: ENDORSEMENT NP 04 84 09 04. | 0.2 | 37.00 |
| )9/24/09 | PMA | RECEIPT AND REVIEW OF ANSWER TO WRIT OF GARNISHMENT FILED BY ASSURANCE COMPANY. | 0.1 | 18.50 |
| )9/24/09 | PMA | TELEPHONE CALL TO JULIE GLASSMAN, RE: DEPOSITION OF CORPORATE REPRESENTATIVE OF NADEAU CONSTRUCTION. | 0.2 | 37.00 |
| )9/24/09 | PMA | RECEIPT AND REVIEW OF ORDER SETTING HEARINGS ON MOTIONS FOR SUMMARY JUDGMENT IN UNDERLYING CASE. | 0.1 | 18.50 |
| )9/24/09 | PMA | RECEIPT AND REVIEW OF E-MAIL FROM PLAINTIFF'S COUNSEL, RE: REQUEST FOR AGREEMENT FOR THEIR MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT. | 0.1 | 18.50 |
| )9/24/09 | PMA | PREPARATION OF E-MAIL CORRESPONDENCE TO PLAINTIFF'S ATTORNEY, RE: RESPONDING TO THEIR REQUEST FOR ENLARGEMENT OF TIME TO RESPOND TO THE MOTION FOR SUMMARY JUDGMENT AND REQUESTING THAT WE AGREE TO RESPOND TO REQUEST FOR PRODUCTION ON AN EXPEDITED BASIS. | 0.2 | 37.00 |
| )9/24/09 | MBC | BEGIN REVIEW OF DEPOSITIONS OF MARK NADEAU RE: INFORMATION PERTAINING TO CONTRACTS WITH DEK AND ANY OTHER INFORMATION PERTINENT TO GARNISHMENT/COVERAGE ACTION | 0.7 | 129.50 |
| )9/25/09 | PMA | ANALYSIS AND REVIEW OF PLAINTIFF'S RIST REQUEST FOR PRODUCTION TO NORTH POINTE INSURANCE COMPANY. | 0.2 | 37.00 |
| )9/25/09 | PMA | ANALYSIS OF EXECUTED AFFIDAVIT OF LATISHA UPSHAW. | 0.1 | 18.50 |
| )9/25/09 | MBC | CONTINUED REVIEW AND ANALYSIS OF DEPOSITIONS OF MARK NADEAU AND EXHIBITS THERETO IN ORDER TO ASCERTAIN WHAT, IF ANY, INFORMATION WAS DISCLOSED THEREIN RELEVANT TO COVERAGE INQUIRY | 2.1 | 388.50 |
| )9/25/09 | MBC | ANALYSIS OF ADDITIONAL TESTIMONY AND/OR DOCUMENTATION TO REQUEST FROM INSURED FOR PURPOSES OF SUBMISSION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND/OR ANTICIPATED REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT | 0.7 | 129.50 |
| )9/25/09 | PMA | ANALYSIS OF DEFENDANT TARNOVE'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE PORTIONS OF DEFENDANT TARNOVE'S | 0.2 | 37.00 |

| Date | Atty | | Hours | Value |
|------|------|--|-------|-------|
| | | AFFIDAVIT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, ETC., REQUEST FOR ATTORNEY'S FEES AND INCORPORATED MEMORANDUM OF LAW. | | |
| 09/28/09 | PMA | RECEIPT OF INSURANCE POLICY FOR SOUTH FLORIDA GLASS BLOCK CORP. | 0.1 | 18.50 |
| 09/28/09 | PMA | ANALYSIS OF PLAINTIFF DOLORES MILLETTE'S MOTION FOR EXTENSION OF TIME TO RESPOND TO GARNISHEE NORTH POINTE CASUALTY INSURANCE MOTION FOR SUMMARY JUDGMENT. | 0.2 | 37.00 |
| 09/28/09 | PMA | ANALYSIS OF THIRD-PARTY DEFENDANT TODD MITCHELL SMITH'S MOTION TO SEVER TRIAL, OR TO HOLD SEPARATE TRIAL OF THIRD-PARTY COMPLAINT. | 0.2 | 37.00 |
| 09/28/09 | PMA | ANALYSIS OF ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO GARNISHEE NORTH POINTE'S MOTION FOR SUMMARY JUDGMENT. | 0.1 | 18.50 |
| 09/28/09 | PMA | ANALYSIS OF PLAINTIFF'S RESPONSE MEMORANDUM IN OPPOSITION TO DEFENDANT BILLIE TARNOVE'S MOTION FOR LEAVE TO AMEND ANSWER. | 0.2 | 37.00 |
| 09/28/09 | PMA | ANALYSIS OF PLAINTIFF'S NOTICE TO DEFENDANT AND CERTIFICATE OF SERVING ON DEFENDANT. | 0.1 | 18.50 |
| 09/28/09 | PMA | ANALYSIS OF ANSWER OF GARNISHEE ASSURANCE COMPANY OF AMERICA. | 0.1 | 18.50 |
| 09/29/09 | PMA | ANALYSIS OF ORDER DIRECTING EXPEDITED RESPONSES AND REPLIES TO THIRD-PARTY DEFENDANT TODD MITCHELL SMITH'S MOTION TO SEVER TRIAL, OR TO HOLD SEPARATE TRIAL OF THIRD-PARTY COMPLAINT. | 0.1 | 18.50 |
| 09/30/09 | PMA | TELEPHONE CALL FROM TRISHA UPSHAW, RE: ▆▆▆▆▆▆▆▆▆▆ | 0.2 | 37.00 |
| 09/30/09 | PMA | PREPARATION OF E-MAIL CORRESPONDENCE TO PLAINTIFF'S COUNSEL, RE: DEPOSITION OF PLAINTIFF AND DEPOSITION OF TRISHA UPSHAW. | 0.2 | 37.00 |
| 09/30/09 | PMA | ANALYSIS OF PLAINTIFF'S NOTICE OF DEPOSITION DUCES TECUM OF PJK INSURANCE, TANENBAUM HARBER OF FLORIDA AND HULL & COMPANY. | 0.2 | 37.00 |
| | | | 53.2 | 9,842.00 |

```
Time Detail
**  00103  MILLETTE, DOLORES  V. NADEAU G  **
    SEQ #  DATE.... ATTY HOURS DESCRIPTION.............. UNBILLED VALUE

37342015 10/22/09  D38   0.2 REVIEW AND ANALYZE ORDER          37.00
                             GRANTING NORTH POINTE'S M
                             OTION FOR SUMMARY JUDGMEN
                             T AND DISSOLVING WRIT OF
                             GARNISHMENT.
37342016 10/22/09  D38   0.2 PREPARATION OF E-MAIL COR         37.00
                             RESPONDENCE TO MICHELLE W
                             HITE, RE: O▓▓▓▓▓▓▓▓▓▓
                             E▓▓▓▓▓▓▓▓▓▓▓▓▓▓
                             GM▓▓▓▓▓▓▓▓▓▓▓
                             RI▓▓
37274721 10/21/09  D38   0.1 RECEIPT AND REVIEW OF ORD         18.50
                             ER GRANTING NADEAU'S MOTI
                             ON IN LIMINE.

37274728 10/21/09  D38   0.1 RECEIPT AND REVIEW OF ORD         18.50
                             ER GRANTING JOINT MOTION
                             FOR EXTENSION OF TIME TO
                             FILE SUBMISSION OF VOIR D
                             IRE QUESTIONS AND OBJECTI
37274730 10/21/09  D38   0.1 RECEIPT AND REVIEW OF MOT         18.50
                             ION BY NADEAU FOR EXTENSI
                             ON OF TIME TO RESPOND TO
                             TODD MITCHELL'S MOTION TO
                             DISMISS.
37264560 10/20/09  D38   0.1 RECEIPT AND REVIEW OF ORD         18.50
                             ER GRANTING NAUTILUS' MOT
                             ION TO REMOVE COUNSEL FRO
                             M NOTICE OF ELECTRONIC FI
                             LING.
37264562 10/20/09  D38   0.1 RECEIPT AND REVIEW OF ORD         18.50
                             ER DENYING MOTION TO STRI
                             KE FILED BY BILLIE TARNOV
                             E.
37264563 10/20/09  D38   0.1 RECEIPT AND REVIEW OF ORD         18.50
                             ER GRANTING MOTION IN LIM
                             INE FILED BY BILLIE TARNO
                             VE.
37341406 10/20/09  D38   0.2 REVIEW AND ANALYZE PLAINT         37.00
                             IFF'S WITNESS LIST.
37341407 10/20/09  D38   0.4 REVIEW AND ANALYZE PLAINT         74.00
                             IFF'S EXHIBIT LIST.
37252781 10/19/09  D38   0.7 PREPARATION OF WITNESS LI        129.50
                             ST IN ACCORDANCE WITH COU
                             RT ORDER RESETTING TRIAL
                             FOR INCORPORATION INTO JO
                             INT PRETRIAL STIPULATION.
37252782 10/19/09  D38   0.1 RECEIPT AND REVIEW OF NOT         18.50
                             ICE OF VOLUNTARY DISMISSA
                             L OF STEVEN CUMMINGS WITH
```

| | | | | |
|---|---|---|---|---|
| | | | OUT PREJUDICE BY NADEAU. | |
| 37252784 | 10/19/09 | D38 | 0.9 PREPARATION OF EXHIBIT LIST. | 166.50 |
| 37252785 | 10/19/09 | D38 | 0.2 REVIEW AND ANALYZE PLAINTIFF'S REQUEST FOR PRODUCTION TO NORTH POINTE. | 37.00 |
| 37252786 | 10/19/09 | D38 | 0.8 PREPARATION OF OBJECTIONS AND RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION. | 148.00 |
| 37252789 | 10/19/09 | D38 | 0.2 PREPARATION OF E-MAIL CORRESPONDENCE TO PLAINTIFF'S ATTORNEY, RE: JOINT PRE TRIAL STIPULATION. | 37.00 |
| 37252790 | 10/19/09 | D38 | 0.1 PREPARATION OF E-MAIL CORRESPONDENCE TO PLAINTIFF'S ATTORNEY, RE: NORTH POINTE'S WITNESS AND EXHIBIT S LISTS. | 18.50 |
| 37252794 | 10/19/09 | D38 | 0.1 RECEIPT AND REVIEW OF DEPOSITION DESIGNATIONS FILED BY NADEAU. | 18.50 |
| 37252795 | 10/19/09 | D38 | 0.1 RECEIPT AND REVIEW OF JOINT PRETRIAL STIPULATION IN UNDERLYING MATTER. | 18.50 |
| 37252796 | 10/19/09 | D38 | 0.2 PREPARATION OF E-MAIL CORRESPONDENCE TO PLAINTIFF'S COUNSEL, RE: JOINT PRE-TRIAL STIPULATION IN GARNISHMENT PROCEEDING. | 37.00 |
| 37252797 | 10/19/09 | D38 | 0.2 PREPARATION OF E-MAIL CORRESPONDENCE TO MICHELLE WHITE, RE: ▓▓▓▓▓▓▓▓ AT▓▓▓▓▓▓▓▓PE R▓▓▓▓▓ FOR SUMMARY ▓▓. | 37.00 |
| 37252800 | 10/19/09 | D38 | 0.1 RECEIPT AND REVIEW OF E-MAIL FROM PLAINTIFF'S COUNSEL, RE: JOINT PRE-TRIAL STIPULATION. | 18.50 |
| 37252803 | 10/19/09 | D38 | 0.2 REVIEW AND ANALYZE PLAINTIFF'S PROPOSED JOINT STIPULATION AS IT RELATES TO THE GARNISHMENT TRIAL. | 37.00 |
| 37252804 | 10/19/09 | D38 | 0.4 FINALIZE JOINT PRETRIAL STIPULATION. | 74.00 |
| 37253611 | 10/19/09 | E88 | 0.2 REVIEW PLAINTIFF'S PROPOSED PRE-TRIAL STIPULATION IN PREPARATION OF ADDING PORTIONS PERTAINING TO NORTH POINTE | 37.00 |
| 37253612 | 10/19/09 | E88 | 0.9 DRAFT NORTH POINTE'S STATEMENT OF CASE FOR PRE-TRIAL STIPULATION | 166.50 |
| 37240263 | 10/16/09 | D38 | 0.7 PREPARATION FOR MEDIATION BY REVIEWING DISPOSITIVE | 129.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | MOTIONS AND CROSS-MOTION S, AS WELL AS CLAIMS INIT IALLY BROUGHT AGAINST DEK AS IT PERTAINS TO THE CO NSENT JUDGMENT. | |
| 37240264 | 10/16/09 | D38 | 2.5 | ATTENDANCE AT MEDIATION ( NO TRAVEL AS MEDIATION TO OK PLACE LESS THAN A MILE FROM OFFICE). | 462.50 |
| 37240265 | 10/16/09 | D38 | 0.1 | RECEIPT AND REVIEW OF FIN AL REPORT OF MEDIATION DI SPOSITION - IMPASSE. | 18.50 |
| 37240266 | 10/16/09 | D38 | 0.1 | RECEIPT AND REVIEW OF ORD ER GRANTING GARNISHEE ASS URANCE COMPANY'S DEMAND F OR $100 PAYMENT OF FEES. | 18.50 |
| 37228786 | 10/15/09 | D38 | 0.1 | RECEIPT AND REVIEW OF ORD ER TO SHOW CAUSE WHY COUR T SHOULD NOT DISMISS THIR D PARTY COMPLAINT FILED B Y NADEAU. | 18.50 |
| 37228798 | 10/15/09 | D38 | 0.1 | RECEIPT AND REVIEW OF RES PONSE FILED BY BILLIE TAR NOVE IN SUPPORT OF MOTION IN LIMINE (RECORDING DEE D). | 18.50 |
| 37228799 | 10/15/09 | D38 | 0.1 | RECEIPT AND REVIEW OF RES PONSE FILED BY BILLIE TAR NOVE IN SUPPORT OF MOTION IN LIMINE (ESTOPPEL). | 18.50 |
| 37218589 | 10/14/09 | E88 | 0.5 | RECEIPT AND REVIEW UNDERW RITING FILE AND ANALYZE F OR INFORMATION PERTINENT TO PENDING MOTION FOR SUM MARY JUDGMENT | 92.50 |
| 37226996 | 10/14/09 | D38 | 0.2 | TELEPHONE CALL FROM MICHE LLE WHITE, RE: ████████ | 37.00 |
| 37226999 | 10/14/09 | D38 | 0.1 | RECEIPT AND REVIEW OF E-M AIL FROM PLAINTIFF'S COUN SEL, RE: MEDIATION. | 18.50 |
| 37227000 | 10/14/09 | D38 | 0.1 | RECEIPT AND REVIEW OF OBJ ECTIONS TO EXHIBIT LIST B Y BILLIE TARNOVE. | 18.50 |
| 37227001 | 10/14/09 | D38 | 0.2 | TELEPHONE CALL FROM JULIE GLASSMAN, RE: UNDERLYING TRIAL CONTINUED AND STRA TEGY FOR UPCOMING MEDIATI ON. | 37.00 |
| 37227002 | 10/14/09 | D38 | 0.1 | RECEIPT AND REVIEW OF ORD ER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE PRE-TRIAL STIPULATIO N. | 18.50 |
| 37227005 | 10/14/09 | D38 | 0.1 | RECEIPT AND REVIEW OF MIN UTE ENTRY FROM HEARING ON TODD MITCHELL SMITH'S MO TION TO SEVER. | 18.50 |

| | | | | |
|---|---|---|---|---|
| 37227006 | 10/14/09 | D38 | 0.1 RECEIPT AND REVIEW OF NOTICE OF MEDIATION. | 18.50 |
| 37227007 | 10/14/09 | D38 | 0.1 RECEIPT AND REVIEW OF STATUS REPORT FILED BY NADEA U. | 18.50 |
| 37207961 | 10/13/09 | E88 | 0.1 TELEPHONE CONFERENCE WITH HECTOR FLURIACH RE: ▓ ▓ TO ▓▓▓ | 18.50 |
| 37207962 | 10/13/09 | E88 | 1.1 REVIEW ADDITIONAL CASE LAW FOR POSSIBLE INCLUSION IN REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND CONTINUE TO DRAFT FINAL REVISIONS PRIOR TO FILING | 203.50 |
| 37207963 | 10/13/09 | E88 | 1.2 CONTINUE TO DRAFT AND FINALIZE RESPONSE TO PLAINTIFF'S STATEMENT OF FACTS AND SUPPLEMENT WITH ADDITIONAL CASE LAW | 222.00 |
| 37207964 | 10/13/09 | E88 | 0.2 ELECTRONICALLY FILE REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND ATTACHMENTS AND RESPONSE TO PLAINTIFF'S STATEMENT OF DISPUTED FACTS | 37.00 |
| 37216434 | 10/13/09 | D38 | 0.1 RECEIPT AND REVIEW OF E-MAIL FROM PLAINTIFF'S COUNSEL, RE: MEDIATION. | 18.50 |
| 37216435 | 10/13/09 | D38 | 0.2 PREPARATION OF E-MAIL CORRESPONDENCE TO MICHELLE WHITE, RE: ▓▓▓▓▓ | 37.00 |
| 37216436 | 10/13/09 | D38 | 0.1 PREPARATION OF E-MAIL TO COUNSEL FOR THE PLAINTIFF , RE: MEDIATION., | 18.50 |
| 37216437 | 10/13/09 | D38 | 0.1 RECEIPT AND REVIEW OF NADEAU'S REPLY IN SUPPORT OF MOTION IN LIMINE. | 18.50 |
| 37216438 | 10/13/09 | D38 | 0.2 REVIEW AND ANALYZE PLAINTIFF'S RESPONSE IN OPPOSITION TO BILLIE TARNOVE'S MOTION TO STRIKE PLEADINGS AND OTHER SANCTIONS. | 37.00 |
| 37216451 | 10/13/09 | D38 | 0.1 RECEIPT AND REVIEW OF MOTION FOR SANCTIONS FILED BY BILLIE TARNOVE. | 18.50 |
| 37216452 | 10/13/09 | D38 | 0.1 RECEIPT AND REVIEW OF STATUS REPORT ORDER. | 18.50 |
| 37216453 | 10/13/09 | D38 | 0.1 RECEIPT AND REVIEW OF AMENDED UNILATERAL PRE-TRIAL STATEMENT FILED BY BILLIE TARNOVE. | 18.50 |
| 37216454 | 10/13/09 | D38 | 0.1 RECEIPT AND REVIEW OF ORDER RESETTING HEARING ON TODD MITCHELL'S MOTION TO SEVER TRIAL. | 18.50 |

| | | | | | |
|---|---|---|---|---|---|
| 37199166 | 10/12/09 | E88 | 2.1 | CONTINUE TO DRAFT AND FIN ALIZE REPLY TO OPPOSITION TO MOTION FOR SUMMARY JU DGMENT | 388.50 |
| 37199167 | 10/12/09 | E88 | 0.1 | TELEPHONE CONFERENCE WITH HECTOR FLURIACH RE: ▮▮▮▮▮ | 18.50 |
| 37199168 | 10/12/09 | E88 | 0.1 | RECEIPT AND REVIEWED CORR ESPONDENCE FROM MICHELLE WHITE RE: ▮▮▮▮▮ | 18.50 |
| 37199169 | 10/12/09 | E88 | 0.1 | DRAFT CORRESPONDENCE TO M ICHELLE WHITE RE: ▮▮▮▮▮ FOR ▮▮▮ | 18.50 |
| 37199174 | 10/12/09 | E88 | 0.2 | TELEPHONE CONFERENCE WITH JULIE GLASSMAN RE: AFFID AVIT | 37.00 |
| 37199175 | 10/12/09 | E88 | 0.1 | DRAFT FURTHER REVISIONS T O AFFIDAVIT OF JULIE GLAS SMAN | 18.50 |
| 37199176 | 10/12/09 | E88 | 0.1 | CORRESPONDENCE TO JULIE G LASSMAN RE: REVISED AFFID AVIT | 18.50 |
| 37206342 | 10/12/09 | D38 | 0.1 | RECEIPT AND REVIEW OF AME NDED UNILATERAL PRETRIAL STIPULATION FILED BY BILL IE TARNOVE. | 18.50 |
| 37206743 | 10/11/09 | E88 | 4.6 | CONTINUE TO DRAFT REPLY T O PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUD GMENT | 851.00 |
| 37206744 | 10/11/09 | E88 | 0.2 | DRAFT CORRESPONDENCE TO M ICHELLE WHITE RE: ▮▮▮▮▮ OF ▮▮▮▮▮ MO▮▮▮ EN▮ | 37.00 |
| 37197121 | 10/09/09 | D38 | 0.1 | RECEIPT AND REVIEW OF JOI NT MOTION FOR EXTENSION O F TIME TO FILE JOINT PRE- TRIAL STIPULATION AND DES IGNATION OF DEPOSITION EX CERPTS. | 18.50 |
| 37197128 | 10/09/09 | D38 | 0.1 | RECEIPT AND REVIEW OF RES PONSE IN OPPOSITION TO JO INT MOTION FOR EXTENSION OF TIME TO FILE JOINT PRE -TRIAL STIPULATION AND DE SIGNATION OF DEPOSITION E XCERPTS. | 18.50 |
| 37197129 | 10/09/09 | D38 | 0.1 | RECEIPT AND REVIEW OF UNO PPOSED MOTION FOR EXTENSI ON OF TIME TO FILE PRE-TR IAL STIPULATION AND DESIG NATION OF DEPOSITION EXCE RPTS. | 18.50 |

| | | | | |
|---|---|---|---|---:|
| 37197133 | 10/09/09 | D38 | 0.1 | MOTION TO STRIKE PLEADING S AND OTHER SANCTIONS FIL ED BY BILLIE TARNOVE. | 18.50 |
| 37197875 | 10/09/09 | E88 | 0.1 | EMAIL CORRESPONDENCE TO J ULIE GLASSMAN RE: CAMUS D EPOSITION TRANSCRIPT | 18.50 |
| 37197876 | 10/09/09 | E88 | 0.1 | TELEPHONE CONFERENCE WITH JULIE GLASSMAN RE: AFFID AVIT AND REQUESTED CHANGE S IN CONTENT | 18.50 |
| 37197879 | 10/09/09 | E88 | 1.7 | REVIEW AND ANALYZE DEPOSI TION TESTIMONY OF PLAINTI FF'S EXPERT MICHAEL MARCU S RE: IDENTIFICATION OF A NY POTENTIAL TESTIMONY TE NDING TO ASSERT "PROPERTY DAMAGE" AS DEFINED BY PO LICY AND CASE IN ORDER TO ADDRESS IN REPLY TO OPPO SITION TO MOTION FOR SUMM ARY JUDGMENT AS NECESSARY | 314.50 |
| 37197880 | 10/09/09 | E88 | 0.3 | CONTINUE TO DRAFT AFFIDAV IT OF JULIE GLASSMAN RE: L▓ ▓▓▓▓ IN▓▓▓▓▓▓▓ | 55.50 |
| 37197881 | 10/09/09 | E88 | 0.2 | CORRESPONDENCE TO JULIE G LASSMAN RE: REVISED AFFID AVIT | 37.00 |
| 37197882 | 10/09/09 | E88 | 0.2 | CONTINUE TO DRAFT AFFIDAV IT OF HECTOR FLURIACH RE: ▓ ▓▓▓▓▓ | 37.00 |
| 37197883 | 10/09/09 | E88 | 0.1 | DRAFT CORRESPONDENCE TO H ECTOR FLURIACH RE: R▓ ▓▓▓▓▓ | 18.50 |
| 37197884 | 10/09/09 | E88 | 5.5 | CONTINUE TO DRAFT REPLY T O OPPOSITION TO MOTION FO R SUMMARY JUDGMENT | 1,017.50 |
| 37254620 | 10/09/09 | F10 | 1.0 | REVIEW AND ANALYZE SUMMAR Y JUDGMENTS AND HEARING T RANSCRIPTS TO ENSURE ACCU RACY OF QUOTES FOR INCLUS ION IN REPLY IN SUPPORT O F MOTION FOR SUMMARY JUDG MENT. | 75.00 |
| 37188345 | 10/08/09 | D38 | 0.1 | RECEIPT AND REVIEW OF REP LY TO RESPONSE TO MOTION TO AMEND ANSWER TO COMPLA INT FILED BY BILLIE TARNO VE. | 18.50 |
| 37188347 | 10/08/09 | D38 | 0.1 | RECEIPT AND REVIEW OF TOD D MITCHELL SMITH'S MOTION TO DISMISS THIRD PARTY C OMPLAINT. | 18.50 |
| 37188348 | 10/08/09 | D38 | 0.2 | REVIEW AND ANALYZE ORDER AND EXTENSIVE OPINION DEN YING BILLIE TARNOVE'S MOT | 37.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | ION FOR SUMMARY JUDGEMENT AND DENYING PLAINTIFF'S MOTION TO STRIKE AFFIDAVI T OF BILLIE TARNOVE. | |
| 37188349 | 10/08/09 | D38 | 0.1 | RECEIPT AND REVIEW OF ORD ER DENYING BILLIE TARNOVE 'S MOTION FOR LEAVE TO AM END ANSWER TO COMPLAINT. | 18.50 |
| 37188872 | 10/08/09 | E88 | 0.6 | DRAFT AFFIDAVIT OF HECTOR FLURIACH RE: ██████████ ENT IN ██████ ES█████ TE██████ ES | 111.00 |
| 37188873 | 10/08/09 | E88 | 0.2 | TELEPHONE CONFERENCE WITH HECTOR FLURIACH RE: ████ F█████████ █ | 37.00 |
| 37188874 | 10/08/09 | E88 | 0.2 | CORRESPONDENCE TO HECTOR FLURIACH RE: ██████ | 37.00 |
| 37188875 | 10/08/09 | E88 | 0.2 | TELEPHONE CONFERENCE WITH JULIE GLASSMAN RE: AFFID AVIT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT | 37.00 |
| 37188876 | 10/08/09 | E88 | 0.1 | EMAIL CORRESPONDENCE TO J ULIE GLASSMAN RE: AFFIDAV IT RE: LACK OF KNOWLEDGE RE: PLAINTIFF'S NEGOTIATI ONS WITH DEK TECHNOLOGIES | 18.50 |
| 37205856 | 10/08/09 | E88 | 1.5 | REVIEW AND ANALYSIS OF DE POSITION TRANSCRIPT OF PA BLO CAMUS RE: TESTIMONY C ONCERNING PROCUREMENT OF INSURANCE BY NADEAU | 277.50 |
| 37205857 | 10/08/09 | E88 | 0.8 | REVIEW DEPOSITION TESTIMO NY OF MARK NADEAU (X 2 DE POSITIONS) RE: CITATIONS TO TESTIMONY FOR USE IN R EPLY | 148.00 |
| 37205858 | 10/08/09 | E88 | 2.3 | CONTINUED RESEARCH PER AP PROVAL OF CLIENT RE: PERF ORMANCE BOND VERSUS LIABI LITY POLICY, ADDITIONAL R ESEARCH RE: DEFECTIVE WOR KMANSHIP VERSUS PROPERTY DAMAGE AND RESEARCH RE: M EDIATION CONFIDENTIALITY PROVISIONS IN PREPARATION OF CONTINUING TO DRAFT R EPLYTO PLAINTIFF'S OPPOSI TION TO MOTION FOR SUMMAR Y JUDGMENT | 425.50 |
| 37205859 | 10/08/09 | E88 | 4.6 | CONTINUE TO DRAFT REPLY T O OPPOSITION TO MOTION FO R SUMMARY JUDGMENT | 851.00 |
| 37177496 | 10/07/09 | D38 | 0.1 | RECEIPT AND REVIEW OF MIN UTE ENTRY, RE: HEARING ON BILLY TARNOVE'S MOTION F | 18.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | OR SUMMARY JUDGMENT. | |
| 37177497 | 10/07/09 | D38 | 0.1 | RECEIPT AND REVIEW OF PLA INTIFF'S NOTICE OF FILING PROPOSED AGREED ORDER DI SSOLVING THE WRIT AGAINST NAUTILUS INSURANCE COMPA NY. | 18.50 |
| 37177501 | 10/07/09 | D38 | 0.1 | RECEIPT AND REVIEW OF ORD ER RESETTING TRIAL. | 18.50 |
| 37177503 | 10/07/09 | D38 | 0.1 | RECEIPT AND REVIEW OF E-M AIL FROM MICHELLE WHITE, RE: ███████ | 18.50 |
| 37177504 | 10/07/09 | D38 | 0.1 | RECEIPT AND REVIEW OF ORD ER RE-SETTING TRIAL FOR G ARNISHMENT PROCEEDINGS. | 18.50 |
| 37178484 | 10/07/09 | E88 | 0.2 | RECEIPT AND REVIEW CORRES PONDENCE FROM MICHELLE WH ITE ADVISING RE: ███████ ███████████████████ OF ███████████████████ M███████████████████S E███████████████████T OF ████ | 37.00 |
| 37178485 | 10/07/09 | E88 | 0.4 | TELEPHONE CONFERENCE WITH MICHELLE WHITE AND MIKE HAGUE R██████████████ ███████████████████ ON██████████████ N AND ███████████████ N███████████████████ 'S ███████████████ ███████████████ | 74.00 |
| 37178486 | 10/07/09 | E88 | 0.1 | RECEIPT AND REVIEWED EMAI L CORRESPONDENCE FROM MIC HELLE WHITE R███████ U████ | 18.50 |
| 37205497 | 10/07/09 | E88 | 1.4 | DRAFT AFFIDAVIT OF JULIE GLASSMAN IN SUPPORT OF MO TION FOR SUMMARY JUDGMENT | 259.00 |
| 37205498 | 10/07/09 | E88 | 0.1 | DRAFT CORRESPONDENCE TO J ULIE GLASSMAN RE: AFFIDAV IT | 18.50 |
| 37205499 | 10/07/09 | E88 | 1.4 | CONTINUED ANALYSIS AND DE CIPHERING OF PLAINTIFF'S ARGUMENT IN OPPOSITION TO MOTION FOR SUMMARY JUDGM ENT IN PREPARATION OF DRA FTING REPLY | 259.00 |
| 37205500 | 10/07/09 | E88 | 2.3 | CONTINUE TO DRAFT RESPONS E TO PLAINTIFF'S STATEMEN T OF FACTS AND BEGIN DRAF TING ADDITIONAL STATEMENT OF FACTS IN REBUTTAL TO PLAINTIFF'S RESPONSE | 425.50 |
| 37205501 | 10/07/09 | E88 | 0.8 | BEGIN DRAFTING REPLY TO O PPOSITION TO MOTION FOR S UMMARY JUDGMENT | 148.00 |

| | | | | | |
|---|---|---|---|---|---|
| 37169095 | 10/06/09 | D38 | 0.2 | PREPARATION OF E-MAIL COR RESPONDENCE TO PLAINTIFF' S COUNSEL, RE: THEIR NOTI CE OF FILING THE DEPOSITI ON OF MICHAEL MARCUS. | 37.00 |
| 37169096 | 10/06/09 | D38 | 0.1 | RECEIPT AND REVIEW OF PLA INTIFF'S RESPONSE IN OPPO SITION TO NADEAU'S MOTION IN LIMINE. | 18.50 |
| 37169097 | 10/06/09 | D38 | 0.2 | REVIEW AND ANALYZE PLAINT IFF'S RESPONSE IN OPPOSIT ION TO OUR MOTION FOR SUM MARY JUDGMENT. | 37.00 |
| 37169098 | 10/06/09 | D38 | 0.2 | REVIEW AND ANALYZE PLAINT IFF'S STATEMENT OF DISPUT ED FACTS FILED IN RESPONS E IN OPPOSITION TO OUR MO TION FOR SUMMARY JUDGMENT | 37.00 |
| 37169792 | 10/06/09 | E88 | 0.3 | TELEPHONE CONFERENCE WITH DEFENSE COUNSEL JULIE GL ASSMAN RE: AFFIDAVITS INF ORMATION PERTAINING TO UN DERLYING CASE AND FACTUAL INACCURACIES IN PLAINTIF F'S MOTION TO DISMISS RE: MEDIATION | 55.50 |
| 37169794 | 10/06/09 | E88 | 0.3 | DRAFT CORRESPONDENCE TO M ICHELLE WHITE RE: ▋▋▋▋ ▋ FO▋▋▋▋▋▋▋ ) SU ▋▋▋▋ ▋▋ ▋▋▋▋▋▋▋▋ FO▋▋▋▋▋▋▋ ED▋▋▋▋ | 55.50 |
| 37205069 | 10/06/09 | E88 | 3.1 | CONTINUED ANALYSIS OF PLA INTIFF'S STATEMENT OF FAC TS AND OPPOSITION TO MOTI ON FOR SUMMARY JUDGMENT I N ORDER TO ASCERTAIN AND CLARIFY BASES OF OPPOSITI ON AND IN CONJUNCTION WIT H POLICY, DEPOSITION CITE D BY PLAINTIFF AND OTHER PLEADINGS AND DOCUMENTATI ON FILED IN CASE IN PREPA RATION OF DRAFTING REPLY | 573.50 |
| 37205070 | 10/06/09 | E88 | 1.8 | RESEARCH RE: 'YOUR WORK' AND 'PROPERTY DAMAGE' EXC LUSIONS AND DEFINITIONS P ER APPROVAL OF CLIENT IN ORDER TO UTILIZE CITATION S IN RESPONSE TO PLAINTIF F'S UNSUPPORTED ARGUMENTS IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT | 333.00 |
| 37205071 | 10/06/09 | E88 | 3.4 | BEGIN DRAFTING RESPONSE T | 629.00 |

```
                              O PLAINTIFF'S STATEMENT O
                              F FACTS
37160006 10/05/09  D38   2.2 ATTENDANCE AT HEARING ON          407.00
                              NADEAU'S MOTION FOR SUMMA
                              RY JUDGMENT AND PLAINTIFF
                              'S MOTION FOR PARTIAL SUM
                              MARY JUDGMENT (NO TRAVEL
                              AS COURTHOUSE IS NEXT DOO
                              R TO OFFICE).
37160008 10/05/09  D38   0.7 PREPARATION OF UNOPPOSED          129.50
                              MOTION TO BE EXCUSED FROM
                              THE FIRST WEEK OF THE TR
                              IAL DOCKET.
37160009 10/05/09  D38   0.1 RECEIPT AND REVIEW OF PLA          18.50
                              INTIFF'S RESPONSE IN OPPO
                              SITION TO BILLIE TARNOVE'
                              S MOTION IN LIMINE.
37160010 10/05/09  D38   0.1 RECEIPT AND REVIEW OF PLA          18.50
                              INTIFF'S RESPONSE IN OPPO
                              SITION TO BILLIE TARNOVE'
                              S SECOND MOTION IN LIMINE
                              .
37160011 10/05/09  D38   0.1 RECEIPT AND REVIEW OF MIN          18.50
                              UTE ENTRY FROM HEARING ON
                              CROSS-MOTIONS FOR SUMMAR
                              Y JUDGMENT.
37160012 10/05/09  D38   0.1 RECEIPT AND REVIEW OF RE-          18.50
                              NOTICE OF HEARING ON BILL
                              IE TARNOVE'S MOTION FOR S
                              UMMARY JUDGMENT.
37160013 10/05/09  D38   0.1 RECEIPT AND REVIEW OF PLA          18.50
                              INTIFF'S NOTICE OF FILING
                              DEPOSITION TRANSCRIPT OF
                              MICHAEL MARCUS.
37160014 10/05/09  D38   0.1 RECEIPT AND REVIEW OF PLA          18.50
                              INTIFF'S NOTICE OF FILING
                              REPORT OF JOHN PISTORINO
                              .
37169656 10/05/09  E88   0.4 RECEIPT AND REVIEWED PLAI          74.00
                              NTIFF'S STATEMENT OF DISP
                              UTED FACTS IN OPPOSITION
                              TO MOTION FOR SUMMARY JUD
                              GMENT
37169657 10/05/09  E88   0.9 RECEIPT AND REVIEWED PLAI         166.50
                              NTIFF'S OPPOSITION TO MOT
                              ION FOR SUMMARY JUDGMENT
37152801 10/03/09  D38   0.1 RECEIPT AND REVIEW OF ORD          18.50

                              ER DIRECTING EXPEDITED RE
                              SPONSES AND REPLIES TO TH
                              IRD PARTY DEFENDANT TODD
                              SMITH'S MOTION TO SEVER T
                              RIAL.
37152802 10/03/09  D38   0.1 RECEIPT AND REVIEW OF MOT          18.50
                              ION FOR EXTENSION OF TIME
                              TO RESPOND TO THIRD PART
                              Y COMPLAINT FILED BY THIR
```

|            |          |     |     | D PARTY DEFENDANT TODD SM |          |
|------------|----------|-----|-----|---------------------------|----------|
|            |          |     |     | ITH.                      |          |
| 37152804   | 10/03/09 | D38 | 0.1 | RECEIPT AND REVIEW OF ORD | 18.50    |
|            |          |     |     | ER GRANTING IN PARTY TODD |          |
|            |          |     |     | SMITH'S MOTION FOR EXTEN  |          |
|            |          |     |     | SION OF TIME.             |          |
| 37152480   | 10/02/09 | D38 | 0.1 | RECEIPT AND REVIEW OF E-M | 18.50    |
|            |          |     |     | AIL FROM PLAINTIFF'S COUN |          |
|            |          |     |     | SEL, RE: DEPOSITION OF TR |          |
|            |          |     |     |                           |          |
|            |          |     |     | ISH UPSHAW.               |          |
| 37152481   | 10/02/09 | D38 | 0.2 | PREPARATION OF E-MAIL COR | 37.00    |
|            |          |     |     | RESPONDENCE TO MICHELLE W |          |
|            |          |     |     | HITE AND LATISHA UPSHAW,  |          |
|            |          |     |     | RE: D                     |          |

                    66.4                              12,174.00

128 records listed.