UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  08-60639-CIV-COHN/SELTZER

DOLORES MILLETTE,

     Plaintiff,

vs.

DEK TECHNOLOGIES, INC., et al.,

     Defendants.

_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court upon the receipt of the jury's verdict in this case on May 8, 2012.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered in favor of the Defendant Billie Tarnove and against the Plaintiff Dolores Millette.  Plaintiff Dolores Millette shall recover nothing from the Defendant Billie Tarnove in this matter; and

2. The Clerk of Court is directed to **CLOSE** this case and **DENY** all pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 9ᵗʰ day of May, 2012.

JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF.